UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SYLVIE HOULE CAMPEAU,

    Plaintiff,

v.                                        Case No: 6:13-cv-899-Orl-36TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

### REPORT AND RECOMMENDATION[1]

Pending before the Court is the Commissioner's Unopposed Motion to Remand. (Doc. 13). The Commissioner requests that this case be remanded pursuant to sentence six of 42 U.S.C. § 405(g) so that she can take further administrative action in the case. The Commissioner suggests the existence of procedural difficulties consisting of an inaudible hearing tape or lost file. Pursuant to M.D. Fla. R. 3.01(g), counsel for the Commissioner represents that Plaintiff's attorney has been contacted and has no objection to the requested relief.

Pursuant to 42 U.S.C. § 405(g) of the Social Security Act, this Court may remand a case to the Commissioner on motion of the Defendant made for "good cause shown" before she files her answer. Congress has clearly stated that good cause for remand may be found in cases of procedural difficulties, such as an inaudible hearing tape or a

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

lost file.[2]  Defendant has not answered the complaint.  Accordingly, I find that good cause exists to support a remand pursuant to sentence six and recommend that:

1. The Government's Unopposed Motion to Remand (Doc. 13) be **GRANTED**.

2. This case be **REMANDED** to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g).

3. The parties be directed to provide the Court with status reports every ninety (90) days.

4. The Court retain jurisdiction over the matter.

5. The Clerk be directed to **ADMINISTRATIVELY CLOSE** the file and withhold the entry of a final judgment in this case.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on November 19, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record

---

[2] H.R. Rep. No. 96-944, 96th Cong., 2d Sess. 59 (1980).