**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SYLVIE HOULE CAMPEAU,**

      **Plaintiff,**

v.     Case No:  6:13-cv-899-Orl-36TBS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith.  (Dkt. 14).  In the Report and Recommendation, Judge Smith recommends that Defendant Commissioner of Social Security's ("Commissioner") Unopposed Motion to Remand ("Motion to Remand") (Dkt. 13) be granted and that this case be remanded to the Commissioner. *See* Dkt. 14.  Plaintiff Sylvie Houle Campeau ("Campeau") has not objected to the Report and Recommendation and the time to do so has expired.  As such, this matter is ripe for review.

The district judge may accept, reject, or modify in whole or in part, the Report and Recommendation of the Magistrate Judge.  Fed. R. Civ. P. 72(b)(3).  The district judge may also receive further evidence or recommit the matter to the Magistrate Judge with further instructions. *Id*.

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the court file, the Court agrees with Magistrate Judge Smith that the Commissioner has shown good cause to support a remand in this case pursuant to 42 U.S.C. § 405(g) of the Social Security Act.  Therefore, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of the Magistrate Judge (Dkt. 14) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Commissioner's Unopposed Motion to Remand (Doc. 13) is **GRANTED**.

3. This case is **REMANDED** to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g).

4. The parties are directed to provide the Court with a status report every ninety (90) days, beginning March 24, 2014.

5. The Court will retain jurisdiction over this matter.

6. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** the file and withhold the entry of a final judgment in this case.

**DONE** and **ORDERED** in Orlando, Florida on December 24, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Thomas B. Smith